# Court of Appeals, State of Michigan

## ORDER

Cheboygan Sportsman Club v Cheboygan County Prosecuting
Attorney

Docket No.    313902

LC No.      12-008331-CZ

Amy Ronayne Krause
Presiding Judge

E. Thomas Fitzgerald

William C. Whitbeck
Judges

---

The Court orders that the October 2, 2014 opinion is hereby AMENDED. The opinion is amended as follows to correct clerical errors:

On page 2, the fourth paragraph, the first sentence should read "Plaintiff then commenced the instant litigation, seeking to preclude defendant . . . ".

On page 6, the first paragraph, the first sentence should read "It has always been the law that statutes must be construed . . . ".

On page 6, the first paragraph, the fourth sentence should read "*Madugula v Taub*, 496 Mich 685, 696; ___ NW2d ___ (2014)".

On page 7, the third paragraph, the second sentence should read " . . . Cheboygan County Prosecuting Attorney regarding plaintiff's Club . . ."

On page 4, the last full paragraph, the first sentence should read "However, then Michigan Attorney General, Frank J. Kelley . . ."

On page 7, the first paragraph, the fourth sentence should read ". . . as was Attorney General Frank J. Kelley . . ."

On page 7, the second paragraph, the first sentence should read ". . . Attorney General Frank J. Kelley . . ."

In all other respects, the October 2, 2014 opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

OCT 0 9 2014
_____
Date

_____
Chief Clerk